# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy Case No.: 13-33816 |
| William C. Aubiel, | ) | Chapter 7 |
| Debtor. | ) | JUDGE JOHN P. GUSTAFSON |
| | ) | Adversary Proceeding No. 14-3116 |
| Louis J. Yoppolo, Trustee, | ) | Louis J. Yoppolo (0008845) |
| Plaintiff, | ) | Shindler, Neff, Holmes, |
| | ) | Worline & Mohler, LLP |
| vs. | | Attorneys for Plaintiff |
| | ) | 1200 Edison Plaza, 300 Madison Avenue |
| William C. Aubiel, | | Toledo, OH 43604 |
| | ) | Telephone No.: 419/243-6281 |
| Defendant. | | Fax No.: 419/243-0129 |

## MOTION FOR DEFAULT JUDGMENT
## ON COMPLAINT FOR DENIAL OF DISCHARGE

Now comes Louis J. Yoppolo, Trustee/Plaintiff, and prays the Court grant him default judgment on this Complaint to deny the discharge of the Debtor herein. Plaintiff states the Complaint was duly served but that, other than filing an entry of appearance through Counsel, Debtor/Defendant has failed to move, plead or otherwise defend in this matter. Accordingly, the Plaintiff states that the Court may appropriately enter its order granting the Plaintiff judgment that the discharge of Defendant should be denied.

Respectfully submitted,

/s/ Louis J. Yoppolo
Louis J. Yoppolo, Attorney for
Louis J. Yoppolo, Trustee/Plaintiff
Attorney for Louis J. Yoppolo, Trustee/Plaintiff
1200 Edison Plaza, 300 Madison Avenue
Toledo, OH 43604
Telephone: 419/243-6281
Email Address: lyoppolo@snhslaw.com

## NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE

All parties entitled to notice herein are hereby notified that they have fourteen (14) days to respond to this Motion and/or request a hearing. If a response or request for hearing is not timely filed with the Court and served upon Movant, c/o Louis J. Yoppolo, 1200 Edison Plaza, 300 Madison Avenue, Toledo, Ohio, 43604, the Court may grant the relief requested without a hearing.

/s/ Louis J. Yoppolo
Louis J. Yoppolo

## CERTIFICATE OF SERVICE

I certify that on February _J1_, 2015, a true and correct copy of the Motion for Default Judgment on Complaint for Denial of Discharge was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Donald R. Harris, Esq., Attorney for Debtor, at donharris_dhc@sbcglobal.net

And by regular U.S. Mail, postage-prepaid, on:

William C. Aubiel, Debtor, at 4637 North 3rd Street Ext SE, Dennison, OH, 44621

/s/ Louis J. Yoppolo
Louis J. Yoppolo